IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-00147-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD EUGENE BURRELL, | ) | |
| Defendant. | ) | |

The Government is DIRECTED to respond to Ronald Eugene Burrell's Emergency Motion to Reduce Sentence and Provide Other Equitable Relief Pursuant to 28 U.S.C. § 2255 within seven days from the date of this order.

SO ORDERED.

This, the 28 day of July, 2015.

JAMES C. FOX
Senior United States District Judge