IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-147-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RONALD EUGENE BURELL. | ) | |

This matter is before the Court on defendant's claim for exemptions. [DE 63]. The government has responded. [DE 64].

As a part of his criminal judgment, on January 16, 2013, defendant was ordered to pay §4,815,929.00 in restitution. [DE 33]. That judgment has not been satisfied. On April 2, 2018, the United States filed an Application for Writ of Garnishment as to Alzheimer's Related Care of Dunn, LLC [DE 55], The Arc of Hope Mills, LLC [DE 56] and Onslow Pines Rest Home, Inc. [DE 57]. A writ of garnishment is an appropriate mechanism through which the government can collect restitution debts, *see* 18 U.S.C. § 3613(f). The garnishees answered, indicating that they employ defendant. Defendant then filed a claim for exemptions, listing certain tangible items, like apparel, furniture, and books. [DE 63]. Defendant did not request a hearing.

The writs of garnishment in this case are for defendant's wages from the above three employers, not any of the physical items listed in defendant's claim for exemptions. Accordingly, the exemptions do not apply to this case.

SO ORDERED, this 28 day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE